IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Herman Lee Bridges, | :<br>:<br>: Civil Action No.: 1:12-cv-00030-MR-DLH<br>: |
| Plaintiff, | : |
| v. | :<br>: |
| Accounts Receivable Management, Inc., | :<br>: |
| Defendant. | :<br>: |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Plaintiff, Herman Lee Bridges, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: May 10, 2012

Respectfully submitted,

                By: /s/ Stacy Watson

                Stacie Watson, Esq. (Bar No.: 23890)
                Law Office of Stacie Watson.
                P.O. Box 1412
                Apex, North Carolina 27502
                Telephone: (919) 522-6128
                Facsimile: (919) 439-5308
                Email: swatson@lemberglaw.com
                Attorneys for Plaintiff

                Of Counsel To:

                LEMBERG & ASSOCIATES L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250

Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2012, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Stacie Watson

Stacie Watson